UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

—v—

Anthony R. Murgio, et al.,

        Defendants.

15-cr-769 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The Court will hold a conference in this matter on October 13, 2016, at 10:00 a.m. Counsel should be prepared to discuss all motions that are pending as of the conference, as well as all remaining pre-trial scheduling.

SO ORDERED.

Dated: September 21, 2016
New York, New York

_____
ALISON J. NATHAN
United States District Judge

1